UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-80324-ROSENBERG

LAWRENCE FELTZIN,

    Plaintiff,

v.

SHOPPES OF DELRAY AP, LLC,

    Defendant.
_____/

**ORDER CLOSING CASE**

This cause is before the Court on the Plaintiff's Stipulation of Dismissal. In light of the fact that this case has been dismissed, it is

**ORDERED AND ADJUDGED**:

1.    The Clerk of the Court is instructed to **CLOSE THIS CASE**.

2.    All pending motions are **DENIED AS MOOT** and all deadlines are terminated.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 17th day of June, 2025.

                                                          ROBIN L. ROSENBERG
                                                          UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record